IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **XEROX CORPORATION** <br> 100 South Clinton Avenue <br> Rochester, NY 14644 | * <br><br> * | |
| Plaintiff, | * | |
| v. | * | Civil Action No. _____ |
| **JP1 ENTERPRISES, INC., D/B/A** <br> **JP ENTERPRISES, ALSO D/B/A** <br> **SELECT PRINTING AND COPYING**, <br> 1110 Vermont Avenue NW, #C1 <br> Washington, DC 20005 <br>   SERVE: Frank Friedlieb <br>       4200 Bladensburg Rd. <br>       Brentwood, MD 20817 <br>  AND | * <br><br> * <br><br> * <br><br> * <br><br> * <br><br> * | |
| **SELECT PRINTING, LLC** <br> (*as successor in interest*) <br> 4200 Bladensburg Rd. 1st Floor <br> Brentwood, MD 20817 <br>    SERVE: David G. Winer, Resident Agent <br>          6550 Rock Spring Drive, #240 <br>          Bethesda, MD 20817 <br> AND | * <br><br> * <br><br> * <br><br> * <br><br> * | |
| **FRANK FRIEDLIEB, INDIVIDUALLY** <br> 4200 Bladensburg Rd. <br> Brentwood, MD 20817 <br><br>     Defendants. | * <br><br> * <br><br> * | |

* * * * * * * * * * * * * *

## COMPLAINT

Plaintiff, Xerox Corporation (hereinafter "Xerox"), by its attorneys, Donald J. Walsh, and

RKW, LLC, sues Defendants, JP1 Enterprises, Inc. d/b/a JP Enterprises, Inc., also d/b/a Select

Printing and Copying, Select Printing, LLC, as successor in interest, and Frank Freidlieb,

individually, (hereinafter collectively referred to as "Defendants"), jointly and severally, for money payable by Defendants to Xerox, and for its causes of action, states:

## PARTIES

1. Xerox is a New York corporation which is in the business of selling, leasing and servicing business machines, including, but not limited to, reproduction equipment and the selling of related supplies.

2. JP1 Enterprises, Inc. is a Washington, D.C. registered corporation, which had its right to do business revoked on a date uncertain. The principal place of business of JP1 Enterprises, Inc. is 1110 Vermont Avenue NW, Concourse 1, Washington, DC 20005. The owner of JP1 Enterprises, Inc. was Frank Friedlieb. *See* **Exhibit 1**.

3. After the revocation of its right to conduct business, Frank Friedlieb continued to do business utilizing the assets of JP1 Enterprises, Inc. under the name Select Printing and Copying.

4. Select Printing, LLC is a Maryland corporation with its principal place of business at 4200 Bladensburg Road, 1st Floor, Brentwood, MD 20817. The owner of Select Printing, LLC is Frank Friedlieb and the registered agent of Select Printing, LLC is David G. Winer, 6550 Rock Spring Drive, Bethesda, MD 20817. *See* **Exhibit 2**.

5. The owner of the registered trade name, Select Printing, LLC is Frank Friedlieb. *See* **Exhibit 3**.

## JURISDICTION AND VENUE

6. This Court has subject matter jurisdiction under 28 U.S.C. § 1332(a), because complete diversity of citizenship exists and the amount in controversy exceeds $75,000 exclusive of interest and costs.

2

7. This Court is the proper venue for the dispute pursuant to 28 U.S.C. § 1391(b)(1)-(2) because Defendants reside in, and the cause of action arose in, Prince George's County, Maryland.

8. The Lease Agreement which forms the basis for this action also includes a "Choice of Law" clause, which names "the Courts of the State of Maryland or the Federal District Court of Maryland" as the governing jurisdictions for actions arising under the Lease. *See*, **Lease Agreement, Exhibit 4.**

## COUNT ONE
### (Breach of Contract)

9. The factual allegations in paragraphs 1 through 8 above are incorporated by reference as if set forth fully herein.

10. Defendants executed a Lease Agreement (the "Lease") dated November 27, 2018, with Xerox, which evidences a contract for rent of the equipment more fully described in the Lease. *See* **Exhibit 4**.

11. The Lease improperly names Defendants as "JP Enterprises DBA Select Printing and Copying."

12. However, the Lease is signed by Frank Friedlieb as "President" of the corporation, and the billing address on the Lease is 1110 Vermont Avenue NW, Washington, DC 20005, which corresponds with the DC business registration for JP1 Enterprises, Inc. *See* **Exhibit 4**.

13. Due to the revocation of business licensing of JP1 Enterprises, Inc., upon information and belief it continued to do business by Frank Friedlieb as a sole proprietor and as Select Printing, LLC.

14. The Lease term was for 60 months at a rate of $7,895.00 plus applicable taxes in the amount of $473.70 for a total amount due of $8,368.70 per month. *See* **Exhibit 4**.

15. Defendants defaulted on Lease payments due to Xerox.

16. Despite Defendants' default, Xerox continued providing all equipment and services as required by the Lease and then accelerated and invoiced for the full amount due, as reflected on the final invoice attached as **Exhibit 5**.

17. Pursuant to the terms of the Lease, Xerox "may declare the entire balance of the unpaid Lease Payments for the full term immediately due and payable…" *See* **Exhibit 4, ¶ 15**.

18. Pursuant to Defendants' default under the obligations of the Lease, Defendants are indebted to Xerox in the principal amount of $436,330.00 representing the remaining unpaid balance of the Lease.

19. In addition, under the terms of the Lease, Defendants are liable to Xerox for accrued interest at the contractual rate of 18% per annum and "all expenses incurred by [Xerox] in connection with the enforcement of any remedies, including… reasonable attorneys' fees." *See* **Exhibit 4, ¶ 15**.

20. Despite demand for payment, the amounts claimed herein remain due, payable and past due.

WHEREFORE, Xerox demands judgment, jointly and severally, against JP1 Enterprises, Inc. d/b/a JP Enterprises, Inc., also d/b/a Select Printing and Copying, Select Printing, LLC, as successor in interest, and Frank Friedlieb, individually, as follows:

    a. Principal balance of $436,330.00;
    b. Accrued interest of $170,168.70;
    c. Attorneys' fees;
    d. Costs and other legal expenses; and
    e. Such further relief as the nature of Plaintiff's cause requires.

## COUNT TWO
## (Quantum Meruit / Unjust Enrichment)

21. Xerox incorporates by reference the facts and allegations in paragraphs 1 through 20 as if stated fully herein.

22. In the alternative to Count One, Xerox seeks recovery for Quantum Meruit/Unjust Enrichment.

23. At all times relevant hereto, Xerox acted at the request of Defendants and not as a volunteer.

24. Xerox, in due course and in good faith, and at the request of Defendants, provided equipment and services to Defendants from which it derived substantial benefit.

25. Xerox expected to be paid for supplying said equipment and services in accordance with standard practices in the industry, and Defendants knew that Xerox expected to be paid.

26. Defendants have failed and refused to pay Xerox for the equipment and services provided, to the detriment of Xerox, and despite demand thereof.

27. Defendant have been unjustly enriched at the expense of Xerox, in the amount of $436,330.00, which is the fair and reasonable value of the equipment and services provided by Xerox.

28. It would be inequitable to permit Defendants to retain the benefits of the equipment and services provided by Xerox without payment.

29. Xerox is entitled to interest at the legal rate of 18% per annum on the unpaid amount until the date of judgment.

WHEREFORE, Xerox demands judgment, jointly and severally, against JP1 Enterprises, Inc. d/b/a/ JP Enterprises, Inc., also d/b/a Select Printing and Copying, Select Printing, LLC, as successor in interest, and Frank Friedlieb, individually, as follows:

a. Principal balance of $436,330.00;
b. Accrued interest of $170,168.70;
c. Attorneys' fees;
d. Costs and other legal expenses; and
e. Such further relief as the nature of Plaintiff's cause requires.

*/s/ Donald J. Walsh*
Donald J. Walsh (Bar # 09384)
RKW, LLC
10075 Red Run Blvd, 4th Floor
Owings Mills, Maryland 21117
443.379.4011
443.379.4023 (fax)
dwalsh@RKWLawGroup.com