AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Maryland

| | |
|---|---|
| Xerox Corporation<br>100 South Clinton Avenue<br>Rochester, NY 14644<br><br>*Plaintiff(s)*<br>v.<br>JP1 Enterprises, Inc., dba JP Enterprises, also dba Select Printing and Copying; and Select Printing, LLC; and Frank Friedlieb, Individually<br><br>*Defendant(s)* | Civil Action No.  JRR 23-cv-3493 |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  JP1 Enterprises Inc. dba JP Enterprises, also dba Selectr Printing and Copying
1110 Vermont Avenue, NW #C1, Washington, DC 20005
SERVE:  Frank Friedlieb
             4200 Bladensburg Rd
             Brentwood, MD 20817

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Donald J. Walsh
RKW Law Group, LLC
10075 Red Run Blvd, Ste 401
Owings Mills, Maryland 21117

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:  12/22/2023



*Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Maryland

| | |
|---|---|
| Xerox Corporation<br>100 South Clinton Avenue<br>Rochester, NY 14644<br><br>*Plaintiff(s)*<br>v.<br>JP1 Enterprises, Inc., dba JP Enterprises, also dba Select Printing and Copying; and Select Printing, LLC; and Frank Friedlieb, Individually<br><br>*Defendant(s)* | Civil Action No. 23-cv-3493 |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*   Select Printing, LLC
4200 Bladesburg Rd, 1st Floor, Brentwood, MD 20817
SERVE:  David G. Winer, Resident Agent
             6550 Rock Spring Drive, #240
             Bethesda, MD 20817

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Donald J. Walsh
RKW Law Group, LLC
10075 Red Run Blvd, Ste 401
Owings Mills, Maryland 21117

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 12/22/2023





*Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Maryland

| | | |
|---|---|---|
| Xerox Corporation<br>100 South Clinton Avenue<br>Rochester, NY 14644<br><br>*Plaintiff(s)*<br>v.<br>JP1 Enterprises, Inc., dba JP Enterprises, also dba Select Printing and Copying; and Select Printing, LLC; and Frank Friedlieb, Individually<br><br>*Defendant(s)* | ))))))))))))) | Civil Action No. 23-cv-3493 |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Frank Friedlieb
4200 Bladensburg Rd
Brentwood, MD 20817

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Donald J. Walsh
RKW Law Group, LLC
10075 Red Run Blvd, Ste 401
Owings Mills, Maryland 21117

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:  12/22/2023



*Deputy Clerk*